442 So.2d 453 (1983)
Dr. Gladys W. MILLINER
v.
Jesse L. TURNER, Raymond Seraile, Michael Williams and Ronald J. Marshall
v.
SOUTHERN UNIVERSITY IN NEW ORLEANS.
Dr. Willene P. TAYLOR, Married Wife of Jesse F. Taylor
v.
Jesse L. TURNER, Raymond Seraile, Michael Williams, Ronald J. Marshall and Miss Joan Flot
v.
SOUTHERN UNIVERSITY IN NEW ORLEANS.
No. 83-C-2182.
Supreme Court of Louisiana.
November 28, 1983.
Denied.
DIXON, C.J., and DENNIS, J., would grant the writ.